NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

SEP 10 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-10350 |
| Plaintiff-Appellee, | D.C. No. 4:19-cr-00220-DCB-LCK-1 |
| v. | |
| JUAN CARLOS CANACA-RAUDALES, AKA Juan C. Canaca, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted September 8, 2020[**]

Before: TASHIMA, SILVERMAN, and OWENS, Circuit Judges.

Juan Carlos Canaca-Raudales appeals from the district court's judgment and

challenges his guilty-plea conviction and 46-month sentence for illegal reentry, in

violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Canaca-Raudales's counsel has filed a brief stating that there are no

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

grounds for relief, along with a motion to withdraw as counsel of record. We have provided Canaca-Raudales the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Canaca-Raudales waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**